**NICOLETTI HORNIG & SWEENEY**
Attorneys for Plaintiff
Wall Street Plaza
88 Pine Street
New York, New York 10005
(212) 220-3830
Attorney: Lawrence C. Glynn (LG 6431)
NH&S File No.:   65000766LCG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
FORTIS CORPORATE INSURANCE a/s/o
SECO STEEL TRADING, INC.,

           Plaintiff,

  -against-

M/V "OCEAN PEARL", her engines, boilers, etc.,
SAMSON MARITIME LTD, and
HYUNDAI MERCHANT MARINE CO. LTD.,

           Defendants.
-------------------------------------------------------------x

**JUDGE CEDARBAUM**

Case No.: 07 CIV 4724   06 Civ. 4724

**STATEMENT PURSUANT TO RULE 7.1**


RECEIVED
JUN 04 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or refusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries or affiliates of that party which are publicly held:

  See Attachment.

Dated: New York, New York
      June 4, 2007

                                Lawrence C. Glynn (LG 6431)

Internet sites Fortis

# Links to Fortis companies

### Fortis companies in Belgium

- Belgolaise Bank
- Fortis AG
- Fortis Bank
- Fortis Business
- Fortis Corporate Insurance
- Fortis Foundation Belgium
- Fortis Investment Management
- Fortis Lease
- Krediet aan de Nijverheid
- MeesPierson

### Fortis companies in the Netherlands

- De Amersfoortse
- AMEV
- AMEV Stad Rotterdam Verzekeringsgroep
- ASR Bank
- Basic Life
- DEFAM
- Direktbank
- De Europeesche
- Falcon Leven
- Fortis Bank
- Fortis Bank: beurstour
- Fortis Business
- Fortis Commercial Finance
- Fortis Corporate Insurance
- Fortis Employee Benefits
- Fortis Escrow Services
- Fortis Investment Management
- Fortis Lease
- Fortis Vastgoed
- Groeivermogen
- GWK
- MeesPierson
- MeesPierson Family Office
- NeSBIC
- Theodoor Gilissen Bankiers
- Visa Card Services

### Fortis companies in the United States

- Fortis Capital Corporation
- Fortis, Inc.

### Other Fortis companies

- Bahamas: MeesPierson
- Channel Islands: MeesPierson
- France: Fortis Bank
- France: Fortis Investment Management
- France: Fortis Lease
- France: MeesPierson
- Germany: Fortis Bank
- Hong Kong: Fortis Bank Asia
- Italy: Fortis Bank
- Luxembourg : Banque Générale du Luxembourg
- Luxembourg : Fortis Bank Luxembourg
- Luxembourg : Fortis Luxemboug Assurances
- Poland : Fortis Bank
- Portugal : Fortis Bank
- Spain: Fortis Bank
- Spain : MeesPierson
- Spain : Seguros Bilbao
- Switzerland : MeesPierson
- United Kingdom : Fortis Bank
- United Kingdom : Fortis Insurance
- Global website : MeesPierson

http://www.fortis.com/FortisCompanies/EN/int_presence.htm

7/1/02