UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

FORTIS CORPORATE INSURANCE a/s/o
SECO STEEL TRADING, INC.,

Case No.: 07 Civ. 4724 (MGC)

              Plaintiff,

**NOTICE AND ORDER OF**
**OF DISMISSAL**

-against-

M/V "OCEAN PEARL", her engines, boilers, etc.,
SAMSON MARITIME LTD, and
HYUNDAI MERCHANT MARINE CO. LTD.,

              Defendants.
----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07

    PLEASE TAKE NOTICE that the above captioned matter is hereby dismissed in its entirety pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i).

                                      Yours, etc.,

                                      NICOLETTI HORNIG & SWEENEY
                                      Attorneys for Plaintiff

                                      By: _____
                                      Lawrence C. Glynn (LG 6431)
                                      Wall Street Plaza
                                      88 Pine Street
                                      New York, New York
                                      (212) 220-3830
                                      NH&S File No.: 65000766LCG

Dated: New York, New York
       December 5, 2007

Case Closed
SO ORDERED:

S/ _____
                                                                   U.S.D.J.

To:

Ms. Wendy Wang
Lamorte Burns & Co., Inc.
On Behalf of Defendant
Hyundai Merchant Marine
400 Oceangate, Suite 450
Long Beach, California 90802-4389